

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Tel. (718) 263-9591 Fax. (718) 263-9598

June 1, 2023

**Via ECF**
The Honorable Judge Robert M. Levy
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: **Quintanilla v. MJB Ale House Inc., et al.**
     **22-CV-6460 (RML)**

Dear Judge Levy:

    Our office represents the Plaintiff in the above-referenced matter and we submit this letter to provide a fully executed version of the parties' settlement agreement. On May 18, 2023, the parties filed their Motion for Settlement Approval [Dkt. No. 20] along with an unsigned version of the settlement agreement [Dkt. No. 20-1].

    This letter supplements the Motion for Settlement Approval to provide the Court with a fully executed copy of the settlement agreement, which is attached hereto as **Exhibit 1**.

    We thank the Court for its consideration and remain available to provide any additional information.

                                            Respectfully submitted,

                                            *James O'Donnell*
                                            James O'Donnell, Esq.